UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 10570 PLATA MESA DRIVE, RENO, NEVADA, MORE PARTICULARLY DESCRIBED AS LOT 43 OF SILVER KNOLLS ESTATES, UNIT NO. 2, ACCORDING TO THE MAP THEREOF FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MAY 18, 1964, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THERETO,<br><br>APN 086-161-10.<br><br>Defendant.<br><br>GARY ROMERO and SUSAN ROMERO,<br><br>Claimants. | 3:10-CV-171-RCJ-VPC<br><br>JUDGMENT OF FORFEITURE |

On March 26, 2010, a verified complaint was filed by the United States against the defendant real property described herein, seeking forfeiture <u>in rem</u> of said property. Following service of process and notice in accordance with applicable law, claims were filed on behalf of Gary Romero and Susan Romero contesting the forfeiture of the defendant real property and asserting ownership interests in the defendant real property adverse to the United States' forfeiture claims. Thereafter, the Court

1  granted the United States' motion for summary judgment and found that the defendant real property
2  was forfeit to the United States pursuant to 21 USC § 881(a)(7) as real property which was used, or
3  intended to be used, in any manner or part to commit, or to facilitate the commission of, a violation
4  of federal crimes under Subchapter I of Chapter 13 of Title 21, United States Code, punishable by
5  more than one year of imprisonment.

6  It appearing:

7  That process was fully issued in this action and returned according to law;

8  That pursuant to order issued in this action, notice of the action was published as required by
9  law;

10 That claimant Gary Romero appeared in this action and contested the forfeiture of his claimed
11 interest in the defendant real property,

12 That claimant Susan Romero appeared in this action and contested the forfeiture of her
13 claimed interest the defendant real property,

14 That no other person or entity has filed or presented a claim to any portion of the defendant
15 real property or any interest therein, and the time for filing or presenting such claims has expired;

16 NOW, THEREFORE, in accordance with the order granting the United States' motion for
17 summary judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment of
18 Forfeiture is entered against the real property located at 10570 Plata Mesa Drive, Reno, Nevada, more
19 fully described as follows:

20 REAL PROPERTY LOCATED AT 10570 PLATA MESA DRIVE, RENO, NEVADA, MORE PARTICULARLY DESCRIBED AS LOT 43 OF SILVER KNOLLS ESTATES,
21 UNIT NO. 2, ACCORDING TO THE MAP THEREOF FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MAY 18,
22 1964, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THERETO,
23 APN 086-161-10,

24 and against all persons and/or entities, if any, having any interest in said real property, including the
25 claimed interests of Gary Romero and Susan Romero, and that said real property be, and the same is,
26

hereby forfeited to the United States of America and no right, title, or interest in the defendant real property shall exist in any other party.

DATED: 07-05-2011

_____
UNITED STATES DISTRICT JUDGE