DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar #6875
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:10-cv-171-RCJ-VPC |
| $100,000.00 IN UNITED STATES CURRENCY in lieu of: | ) |
| REAL PROPERTY LOCATED AT 10570 PLATA MESA DRIVE, RENO, NEVADA, etc., | ) AMENDED JUDGMENT OF FORFEITURE |
| Defendant. | ) |
| GARY ROMERO and SUSAN ROMERO, | ) |
| Claimants. | ) |

This matter having come before the Court based on the stipulation of the parties, which stipulation provides for entry of an amended judgment of forfeiture against the sum of $100,000.00 (One Hundred Thousand Dollars) as a substitute res in lieu of the defendant real property and good cause appearing therefor:

NOW, THEREFORE, in accordance with the stipulation of all interested parties for an amended judgment of forfeiture, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment be and hereby is entered against the sum of $100,000.00 in United States Currency in lieu

of: REAL PROPERTY LOCATED AT 10570 PLATA MESA DRIVE, RENO, NEVADA, and against all persons and/or entities, if any, having an interest in such substitute defendant property, and that said substitute defendant property, together with any accruals thereon, be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the substitute defendant property shall exist in any other party.

DATED: September 16, 2011.

*R. James*
UNITED STATES DISTRICT JUDGE

2